UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**NAWAZ AHMED,**

      **Petitioner,**                  Case No. 2:07-cv-658

**v.**                                    Judge Michael H. Watson

**MARK C. HOUK,**              Magistrate Judge Merz

      **Respondent.**

### ORDER

On December 13, 2021, the Magistrate Judge assigned to this capital habeas corpus case issued a Report and Recommendations ("R&R") recommending the Court deny Petitioner's *pro se* motion to reopen the time to file a notice of appeal. ECF No. 205. The R&R advised Petitioner of his rights to object to the same and that a failure to timely object would forfeit rights on appeal. *Id.* at 4. Petitioner has not filed timely objections to the R&R.

Accordingly, the Court **ADOPTS** the R&R, ECF No. 205. Petitioner's motion to reopen the time to file a notice of appeal, ECF No. 204, is **DENIED**.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**