# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 16, 2023

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
May 18, 2023
DEBORAH S. HUNT, Clerk

    Re:  Nawaz Ahmed
           v. Tim Shoop, Warden
           No. 22-7574
           (Your No. 22-3039)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on May 3, 2023 and placed on the docket May 16, 2023 as No. 22-7574.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst